# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WINTERSPRING DIGITAL LLC, | Case No. 2:22-cv-00402 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| BROADCOM INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Winterspring Digital LLC ("Winterspring") hereby gives notice that the above-captioned action against Defendant Broadcom Inc. ("Broadcom") is voluntarily dismissed WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorney's fees.

Dated: November 17, 2022

Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653

Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF**
**WINTERSPRING DIGITAL LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 17, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III