IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WINTERSPRING DIGITAL LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00402-JRG-RSP |
| BROADCOM INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal filed by Plaintiff Winterspring Digital LLC. **Dkt. No. 9**. In light of the notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 23rd day of November, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE